# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL |
|---|

**CASE TITLE:** D.D-S v. Southold Union Free School District

**USCA DOCKET NUMBER:** 11-4697-cv

**COUNSEL'S NAME:** Christopher Venator, Esq.
**COUNSEL'S ADDRESS:** Ingerman Smith, L.L.P.
150 Motor Parkway, Suite 400
Hauppauge, New York 11788

**DISTRICT/AGENCY:** Eastern District of New York
**DISTRICT/AGENCY #:** 09-cv-5026 (Central Islip)

**DATE:** January 7, 2013

Counsel for Defendant-Appellee Southold Union Free School District respectfully submits, pursuant to FRAP 39(c), the within bill of costs and requests the Clerk to prepare an itemized statements of costs taxed against the Plaintiff-Appellant D.D-S, Individually and as Parent and next Friend to B.D-S and in favor of Defendant-Appellee Southold Union Free School district for insertion in the mandate.

Docketing Fee
Costs of printing appendix (necessary copies _____)
Costs of printing brief (necessary copies ___10___)      **$295.00 plus $25.96 tax**
Costs of printing reply brief (necessary copies _____)

STATE OF NEW YORK)
                 )s.s.:
COUNTY OF SUFFOLK)

CHRISTOPHER VENATOR, being duly sworn, deposes and says:

I am an attorney duly admitted to practice in the courts of New York State and am a member of the firm of Ingerman Smith, L.L.P., attorneys of record for Defendant-Appellee Southold Union Free School District; I have read the annexed Bill of Costs and know the contents thereof; the same is true to my own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true. The reason this verification is made by me and not the Defendant-Appellee is that the Defendant-Appellee Southold Union Free School District is a municipal corporation and as such anyone having knowledge of the facts may so verify. The grounds of my belief as to all matters not stated upon my knowledge are records and documents of the Defendant-Appellee.

_____
CHRISTOPHER VENATOR



**PrintingHousePress**
10 East 39th Street, 7th Floor
New York, NY 10016
Phone: (212) 719-0990   Fax: (212) 398-9253

To:   Kerrin A. Bowers, Esq.
Ingerman Smith, LLP
150 Motor Parkway, Suite 400
Hauppauge, NY 11788

# Invoice #31978

*Please refer to invoice number with payment.*

**If this invoice is being forwarded to a third party for payment, e.g., Insurance Carrier, Law Firm, Client, etc., then please cc: to ar@phpny.com. Thank you.**

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| Jun 22, 2012 | Net 30 Days | Paul LaMar | Court of Appeals for the 2nd. Circuit |

### D.D-S v. Southold Union Free School District
### Appellee's Brief

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 38 | Appellee's Brief Pages - 10 Copies (includes covers & binding) @ | 7.76 | 295.00 |
| 1 | Service and Filing (1st party only) @ | 75.00 | 75.00 |
| 1 | Fed Ex Priority Overnight(s) @ | 32.70 | 32.70 |
| 1 | Fed Ex Priority Overnight(s) @ | 43.00 | 43.00 |

**File Number:**

|   |   |
|---|---|
| Subtotal: | 445.70 |
| Sales Tax: | 39.56 |
| Total Invoice Amount: | 485.26 |
| Payment Received: | 0.00 |

**Please remit payment by: 7/22/2012**          **Total Amount Due:**   485.26

Tax ID:

4062   PL   50465   (631) 261-8834          Page 1 of 1