# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand and fourteen.

_____

D.D.-S, individually and as parent and next friend to
B.DS, B.D-S, a child with a disability,

        Plaintiffs-Appellants,

    v.

Southold Union Free School District,

        Defendant-Appellee.

_____

**STATEMENT OF COSTS**

Docket No. 11-4697

    IT IS HEREBY ORDERED that costs are taxed in the amount of $225.80 in favor of the Appellee.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

